AO 442 (Rev. 11/11) (modified) Arrest Warrant

RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA

2021 JAN 12 AM 9:19

FILED
JAN 15 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | 2:21-cr-0007-MCE |
| | ) | Case No. 2:21-mj-0008 KJN |
| Leonardo FLORES BELTRAN | ) | |
| | ) | UNSEALED |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Leonardo FLORES BELTRAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
COUNT ONE – Conspiracy to Distribute and Possess with Intent to Distribute at least 400 grams of a mixture and substance containing Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 846 (September 13, 2019 to the present).

Date: January 11, 2021

*signature: Kendall J. Newman*

City and state: Sacramento, California

Kendall J. Newman, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1-12-2021, and the person was arrested on *(date)* 1-13-2021
at *(city and state)* SACRAMENTO, CA.

Date: 1-14-2021

*Arresting officer's signature*

M. Benjamin Alencastre ~ DUSM United States Magistrate Judge
*Printed name and title*