```
MCGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO FLORES BELTRAN,<br><br>Defendant. | CASE NO. 2:21-CR-0007-MCE<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: January 28, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |
|---|---|

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney DAVID W. SPENCER, and defendant LEONARDO FLORES BELTRAN, both individually and by and through his counsel of record, CHRISTOPHER R. COSCA, hereby stipulate as follows:

1. The Complaint in this case was filed on January 11, 2021, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on January 14, 2021. The court set a preliminary hearing date of January 28, 2021.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to February 4, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and because defense counsel is unavailable on the current hearing date. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between January 28, 2021, and February 4, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: January 27, 2021                                      McGREGOR W. SCOTT
                                                             United States Attorney

                                                             /s/ DAVID W. SPENCER
                                                             DAVID W. SPENCER
                                                             Assistant United States Attorney

Dated: January 27, 2021                                      /s/ CHRISTOPHER R. COSCA
                                                             CHRISTOPHER R. COSCA
                                                             Counsel for Defendant
                                                             LEONARDO FLORES BELTRAN

STIPULATION                                2