| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>February 02, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARDO FLORES BELTRAN,

    Defendant.

2:21-cr-0007 MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LEONARDO FLORES BELTRAN , Case No.  2;21-cr-0007-MCE  Charge 21 USC §841(a)(1) and 846 , from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Secured Appearance Bond $  125,000.00 secured by property at 7551 32nd St., Sacramento, CA

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other):  Under PTS supervision and under the terms and conditions as stated on the record.

Issued at Sacramento, California on February 02, 2021 at 2:26 pm____.

                        By:  /s/ Carolyn K. Delaney

                              Magistrate Judge Carolyn K. Delaney