LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
LEONARDO FLORES BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-0007-MCE |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| vs. | |
| LEONARDO FLORES BELTRAN, | |
| Defendant. | |

## **STIPULATION**

Pursuant to the recommendation of Pretrial Services, the parties hereto, through their undersigned counsel, hereby stipulate that the defendant be placed on curfew from 8:00 p.m. to 5:00 a.m., and that the court adopt the new conditions of release attached hereto as Exhibit A. The government does not oppose this request.

Respectfully submitted,

Dated:  July 7, 2021            /s/ Chris Cosca_____
                                CHRIS COSCA
                                Attorney for Defendant

Dated: July 7, 2021              /s/ David Spencer  _____
                                 DAVID SPENCER
                                 Assistant US Attorney
                                 Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERD.**

Dated: July  , 2021
                                 _____
                                 ALLISON CLAIRE
                                 UNITED STATES MAGISTRATE JUDGE