LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
LEONARDO FLORES BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-CR-0007-MCE |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| vs. | ) | |
| LEONARDO FLORES BELTRAN, | ) | |
| Defendant. | ) | |

## **STIPULATION**

Pursuant to the recommendation of Pretrial Services, the parties hereto, through their undersigned counsel, hereby stipulate that the defendant be placed on curfew from 8:00 p.m. to 5:00 a.m., and that the court adopt the new conditions of release attached hereto as Exhibit A. The government does not oppose this request.

Respectfully submitted,

Dated: July 7, 2021          /s/ Chris Cosca
                             CHRIS COSCA
                             Attorney for Defendant

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. Leonardo Flores Beltran

Dated: July 7, 2021          /s/ David Spencer
                             DAVID SPENCER
                             Assistant US Attorney
                             Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERD.**

Dated: July 7, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE