1  PHILLIP A. TALBERT
Acting United States Attorney
2  DAVID W. SPENCER
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                    CASE NO.  2:21-CR-0007-MCE

12                            Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                                  TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                     v.                         ORDER

14  JOSE GUADALUPE LOPEZ-ZAMORA,                  DATE: August 26, 2021
LEONARDO FLORES BELTRAN,                          TIME: 10:00 a.m.
15  CHRISTIAN ANTHONY ROMERO,                     COURT: Hon. Morrison C. England, Jr.
JASON LAMAR LEE,
16  BAUDELIO VIZCARRA, JR.,
JOAQUIN ALBERTO SOTELO VALDEZ,
17  RUDI JEAN CARLOS FLORES,
ERIKA GABRIELA ZAMORA ROJO,
18  ALEJANDRO TELLO,
JAVIER HERNANDEZ,
19  MATEO ELIAS GUERRERO-GONZALES,
and
20  JOSE LUIS AGUILAR SAUCEDO,

21                            Defendants.

22

23                            **STIPULATION**

24        Plaintiff United States of America, by and through its counsel of record, and the above-captioned

25  defendants, by and through their respective counsel of record, hereby stipulate as follows:

26        1.      By previous order, this matter was set for status on August 26, 2021.

27

28

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

2.      By this stipulation, defendants now move to continue the status conference until December 9, 2021, and to exclude time between August 26, 2021, and December 9, 2021, under Local Codes T2 and T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The grand jury returned an indictment in this case on January 28, 2021.  Fourteen defendants are named in the publicly filed indictment.  The names of two additional defendants who have not yet been arrested are redacted from the publicly filed indictment.

b)      On February 24, 2021, defendant Mateo Guerrero-Gonzales made his initial appearance in the case and was arraigned on the Indictment.  ECF No. 111.

c)      On March 5, 2021, defendant Javier Hernandez made his initial appearance in the case and was arraigned on the Indictment.  ECF No. 123.

d)      On April 13, 2021, defendant Baudelio Vizcarra, Jr. made his initial appearance in the case and was arraigned on the Indictment.  ECF No. 137.  On May 4, 2021, the Court signed an order substituting attorney Sanjay Sobti as counsel of record for defendant Vizcarra.  ECF No. 160.

e)      On April 29, 2021, defendant Christopher Williams made his initial appearance in the case and was arraigned on the Indictment.  ECF No. 153.

f)      On May 11, 2021, the Court signed an order substituting attorney Kresta Daly as counsel of record for defendant Christian Romero.  ECF No. 162.

g)      The government has represented that the discovery associated with this case to date includes approximately 7,720 pages of materials, including investigative reports, photographs, search warrant materials, and other documents, as well as voluminous audio and video recordings and approximately 978 recorded phone calls intercepted pursuant to the Title III wiretap in this case.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

h)      Counsel for defendants need additional time to review the voluminous discovery in this case, to conduct independent factual investigation, to research trial and sentencing issues, to consult with their clients, and to otherwise prepare for trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    i)    Counsel for defendants believe that failure to grant the above-requested

2    continuance would deny them the reasonable time necessary for effective preparation, taking into

3    account the exercise of due diligence.

4    j)    The government does not object to the continuance.

5    k)    In addition, this case is "complex" within the meaning of 18 U.S.C.

6    § 3161(h)(7)(A), B(ii) [Local Code T2], as this Court previously found in its February 10, 2021

7    Order (ECF No. 103) and subsequent orders.

8    l)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11   m)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of August 26, 2021 to December 9,

13   2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14   T4] and 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2] because it results from a continuance

15   granted by the Court at defendant's request on the basis of the Court's finding that the ends of

16   justice served by taking such action outweigh the best interest of the public and the defendant in

17   a speedy trial.

18   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

19   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

20   must commence.

21   IT IS SO STIPULATED.

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME          3
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  August 20, 2021

PHILLIP A. TALBERT
Acting United States Attorney

2

3

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

4

5

Dated:  August 20, 2021

/s/ Todd D. Leras

6

Todd D. Leras
Counsel for Defendant
JOSE GUADALUPE LOPEZ-
ZAMORA

7

8

Dated:  August 20, 2021

/s/ Christopher R. Cosca

9

Christopher R. Cosca
Counsel for Defendant
LEONARDO FLORES BELTRAN

10

11

Dated:  August 20, 2021

/s/ Kresta N. Daly

12

Kresta N. Daly
Counsel for Defendant
CHRISTIAN ANTHONY ROMERO

13

14

Dated:  August 20, 2021

/s/ Olaf W. Hedberg

15

Olaf W. Hedberg
Counsel for Defendant
JASON LAMAR LEE

16

17

Dated:  August 20, 2021

/s/ Sanjay Sobti

18

Sanjay Sobti
Counsel for Defendant
BAUDELIO VIZCARRA, JR.

19

20

Dated:  August 20, 2021

/s/ Michael D. Long

21

Michael D. Long
Counsel for Defendant
JOAQUIN ALBERTO SOTELO
VALDEZ

22

23

24

Dated:  August 20, 2021

/s/ Tasha P. Chalfant

Tasha P. Chalfant
Counsel for Defendant
RUDI JEAN CARLOS FLORES

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4

Dated:  August 20, 2021

/s/ Martin Tejeda
Martin Tejeda
Counsel for Defendant
ERIKA GABRIELA ZAMORA ROJO

Dated:  August 20, 2021

/s/ Michael Jared Favero
Michael Jared Favero
Counsel for Defendant
ALEJANDRO TELLO

Dated:  August 20, 2021

/s/ Kelly Babineau
Kelly Babineau
Counsel for Defendant
JAVIER HERNANDEZ

Dated:  August 20, 2021

/s/ Eduardo Garnica
Eduardo Garnica
Counsel for Defendant
MATEO ELIAS GUERRERO-
GONZALES

Dated:  August 20, 2021

/s/ Dina L. Santos
Dina L. Santos
Counsel for Defendant
JOSE LUIS AGUILAR SAUCEDO

**ORDER**

IT IS SO ORDERED.

Dated:  August 24, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

5