LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
LEONARDO FLORES BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:21-CR-0007-MCE |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER TO MODIFY PRETRIAL** |
| | ) **RELEASE CONDITIONS** |
| LEONARDO FLORES BELTRAN, | ) |
| Defendant. | ) |

## **STIPULATION**

Pursuant to the recommendation of pretrial services, the parties hereto, through their undersigned counsel, hereby stipulate that the defendant's curfew and electronic monitoring conditions be removed, and that the court adopt the new conditions of release attached hereto as Exhibit A. The government and pretrial services do not object to these modifications as Mr. Flores Beltran has been in compliance with all conditions since his release.

///

///

///

Respectfully submitted,

Dated:  September 21, 2021          /s/ Chris Cosca
                                    CHRIS COSCA
                                    Attorney for Defendant

Dated: September 21, 2021           /s/ David Spencer
                                    DAVID SPENCER
                                    Assistant US Attorney
                                    Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERD.**

Dated: September   , 2021          _____
                                    DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE