LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
LEONARDO FLORES BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-0007-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| vs. | |
| LEONARDO FLORES BELTRAN, | |
| Defendant. | |

## **STIPULATION**

Pursuant to the recommendation of pretrial services, the parties hereto, through their undersigned counsel, hereby stipulate that the defendant's curfew and electronic monitoring conditions be removed, and that the court adopt the new conditions of release attached hereto as Exhibit A. The government and pretrial services do not object to these modifications as Mr. Flores Beltran has been in compliance with all conditions since his release.

///

///

///

Respectfully submitted,

Dated: September 21, 2021     /s/ Chris Cosca
                              CHRIS COSCA
                              Attorney for Defendant


Dated: September 21, 2021     /s/ David Spencer
                              DAVID SPENCER
                              Assistant US Attorney
                              Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**

Dated: September 22, 2021     _____
                              DEBORAH BARNES
                              UNITED STATES MAGISTRATE JUDGE

**SECOND AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Flores Beltran, Leonardo
No.: 2:21-CR-00007 MCE
Date: September 20, 2021

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report by telephone to the Pretrial Services Agency immediately upon on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to defense counsel who will make arrangements to surrender the document to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must not associate or have any contact with any co-defendants, any potential related case defendants, witnesses in this matter, or Jaime Castro Lazcano or Margarito Cuyuch Sanchez, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and,

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours.