LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
LEONARDO FLORES BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-0007-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| vs. | |
| LEONARDO FLORES BELTRAN, | |
| Defendant. | |

## **STIPULATION**

Pursuant to the recommendation of Pretrial Services, the parties hereby stipulate to remove defendant's drug and alcohol testing condition (Condition #9). According to Pretrial Services, removing Condition 9 is appropriate given the defendant's compliance and continuous negative test results since February 2021. The government and pretrial services do not object to this modification and Mr. Flores Beltran has followed all conditions since his release.

///

///

///

Respectfully submitted,

Dated:  February 28, 2023 /s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant

Dated: February 28, 2023 /s/ David Spencer
DAVID SPENCER
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: May 12, 2023 /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE