PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GUADALUPE LOPEZ-ZAMORA, et al.,<br><br>Defendants. | CASE NO. 2:21-CR-0007-DAD |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGARITO CUYUCH SANCHEZ,<br><br>Defendant. | CASE NO. 2:23-CR-0115-TLN<br><br>**NOTICE OF RELATED CASES**<br><br>[EDCA L.R. 123] |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

The United States of America, through its undersigned counsel, Assistant United States Attorney David W. Spencer, hereby gives notice that the above-captioned matters are related cases within the meaning of Local Rule 123.  These cases involve the same parties and/or witnesses, are based on the

///

same or similar facts, and reassignment to the same district judge would avoid substantial duplication of labor by the Court.

In *United States v. Lopez-Zamora, et al.*, Case No. 2:21-cr-0007-DAD, defendants were charged in a fourteen-count Superseding Indictment on March 3, 2022, with drug trafficking and money laundering offenses. In *United States v. Cuyuch Sanchez*, Case No. 2:23-cr-0115-TLN, the defendant, Margarito Cuyuch Sanchez, was charged in a one-count Information on April 28, 2023. The *Cuyuch Sanchez* Information charges the same fentanyl- and cocaine-trafficking conspiracy as Count One of the *Lopez-Zamora* Superseding Indictment. Because Cuyuch Sanchez is alleged to have joined the same conspiracy as the defendants in the *Lopez-Zamora* case, the government's evidence for the conspiracy charge in each case is also substantially the same.

Accordingly, pursuant to Local Rule 123, the cases involve the same parties and/or witnesses, and most of the evidence for the conspiracy charges is the same in both of the above-captioned cases. Reassignment of the cases to the same district judge is "likely to effect a substantial savings of judicial effort" because it will necessarily avoid the "substantial duplication of labor" by the judiciary of this district, including any issues regarding discovery or admissibility of evidence and any questions of law that may arise thereto. See EDCA L.R. 123(a)(3)-(4).

For the foregoing reasons, the United States believes that the above-captioned cases are related within the meaning of Local Rule 123. Consequently, the United States respectfully requests that the above captioned cases be reassigned to the Honorable Dale A. Drozd in accordance with the provisions of the Local Rules of this district.

Dated: May 25, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney