IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSE GUADALUPE LOPEZ-ZAMORA, et at,<br>        Defendant. | 2:21-cr-00007-DAD |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MARGARITO CUYUCH SANCHEZ,<br>        Defendant. | 2:23-cr-00115-TLN |

Pusuant to the filing of the Notice of Related Cases in case numbers 2:21-cr-00007-DAD and 2:23-cr-00115-TLN on May 25, 2023;

Case number 2:23-cr-00115-TLN is transferred to the docket of District Judge Dale A. Drozd to effect a savings of judicial effort and judicial economy.

/////

/////

/////

/////

1

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:23-cr-00115-DAD**

IT IS SO ORDERED.

Dated: **June 1, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE