Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
ANTHONY ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY ROMERO, et al,<br><br>　　　　　Defendant. | Case No. 2:22-CR-00007-DAD<br><br>**NOTICE OF FILING UNDER SEAL** |

　　　Kresta Daly, attorney for Anthony Romero, provides notice that Application[s] to File Under Seal are being filed regarding Mr. Romero and other defendants in this case. The documents sought to be sealed is/are reports regarding discovery. The application[s] contain[s] privileged materials. Such privileges include, but are not limited to, the work product and attorney-client privilege. The documents were not served on defense counsel <u>only</u>. The Application to Seal and Proposed Order will be electronically mailed to the Court for consideration.

　　　For these reasons, the defense respectfully requests that the documents requesting to be filed under seal, remain under seal until further Order of the Court.

//

---
Notice of Filing Under Seal　　　　　　　　　1　　　　　　　　　2:22-cr-0007-DAD

Dated:  June 13, 2023

By <u>   s/ Kresta Daly                                      </u>

KRESTA NORA DALY

Attorney for Anthony Romero