COSCA LAW CORPORATION
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
LEONARDO FLORES BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-0007-DAD |
| Plaintiff, | **WAIVER OF DEFENDANT LEONARDO FLORES BELTRAN'S APPEARANCE** |
| vs. | |
| LEONARDO FLORES BELTRAN, | |
| Defendant. | |

    Defendant LEONARDO FLORES BELTRAN hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when so ordered.

    Defendant LEONARDO FLORES BELTRAN hereby requests the court to proceed in his absence. Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

    Defendant further acknowledges that he has been informed of his rights under the

Speedy Trial Act (Title 18 U.S.C. Sections 3161 – 3174), and he has authorized his undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without him being personally present.

Dated:  June 23, 2023                                    Respectfully submitted,


                                                         /s/ Leonardo Flores Beltran
                                                         LEONARDO FLORES BELTRAN
                                                         Defendant


                                                         /s/ Chris Cosca
                                                         CHRIS COSCA
                                                         Attorney for Defendant,
                                                         LEONARDO FLORES BELTRAN