COSCA LAW CORPORATION
CHRIS COSCA    CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
LEONARDO FLORES BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>LEONARDO FLORES BELTRAN,<br><br>        Defendant. | 2:21-CR-00007-DAD-2<br><br>**STIPULATION AND ORDER TO VACATE JOINDER IN MOTION TO SUPPRESS AND SET FOR CHANGE OF PLEA** |

## **STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Leonardo Flores Beltran, by and through his attorney of record, Chris Cosca, hereby stipulate to withdraw and vacate Defendant Beltran's Joinder in Co-Defendant Rosario Zamora Rojo's Motion to Suppress Extension of Wiretaps (ECF 603), and set this matter for a change of plea hearing on February 3, 2025.

///

///

                                                  Respectfully submitted,

Dated: January 22, 2025                /s/ Chris Cosca_____
                                                CHRIS COSCA
                                                Attorney for Defendant
                                                Leonardo Flores Beltran

Dated: January 22, 2025                /s/ David Spencer _____
                                                DAVID SPENCER
                                                Assistant US Attorney
                                                Attorney for Plaintiff

## **ORDER**

     Pursuant to the stipulation of the parties and good cause appearing, defendant Leonardo Flores Beltran is hereby scheduled for a change of plea hearing on February 3, 2025 at 9:30 a.m.

     IT IS SO ORDERED.

Dated:   **January 23, 2025**                                                                         
                                                                     DALE A. DROZD
                                                                       UNITED STATES DISTRICT JUDGE