MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
DENISE N. YASINOW
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>           v.<br><br>LEONARDO FLORES BELTRAN,<br>SANDRO ESCOBEDO,<br><br>                             Defendants. | CASE NO. 2:21-CR-0007-DAD<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER<br><br>DATE: June 16, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendants, Leonardo Flores Beltran and Sandro Escobedo, by and through their respective attorneys of record, hereby move to continue their judgment and sentencing hearings currently scheduled for June 16, 2025, at 9:30 a.m., to August 25, 2025, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for June 16, 2025.

2. Government counsel is no longer available on June 16, 2025. Additional time is also needed for factual investigation and to complete the presentence report ("PSR") process. August 25, 2025, is the next available date that works for all parties.

3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to August 25, 2025, at 9:30 a.m.

4. The parties further request that the Court adopt the following updated PSR disclosure schedule:

    a. Draft PSR due: July 14, 2025

    b. Informal objections due: July 28, 2025

    c. Final PSR due: August 4, 2025

    d. Formal objections to the PSR due: August 11, 2025

    e. Reply or statement of non-opposition due: August 18, 2025

5. The assigned U.S. Probation Officer, Steven Davis, has no objection to this request and is available on August 25, 2025, for judgment and sentencing.

IT IS SO STIPULATED.

Dated: April 25, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: April 25, 2025

/s/ Christopher R. Cosca
Christopher R. Cosca
Counsel for Defendant
LEONARDO FLORES BELTRAN

Dated: April 25, 2025

/s/ Michael Heumann
Michael Heumann
Counsel for Defendant
SANDRO ESCOBEDO

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, the date for Judgment and Sentencing is hereby continued from June 16, 2025, to August 25, 2025, at 9:30 a.m. The Court adopts the parties' above-requested PSR disclosure schedule and related dates.

IT IS SO ORDERED.

Dated:  **April 28, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE