1  0COSCA LAW CORPORATION
   CHRIS COSCA     CA SBN 144546
2  701 University Avenue, Suite 104
   Sacramento, CA 95825
3  (916) 440-1010

4  Attorney for Defendant
   LEONARDO FLORES BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-00007-DAD-2 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| LEONARDO FLORES BELTRAN, | |
| Defendant. | |

## **STIPULATION**

By previous order, this matter was set for Judgment and Sentencing on August 25, 2025. Due to a scheduling conflict, and with the consent of probation, the parties now stipulate to continue Judgment and Sentencing until October 27, 2025. The government does not oppose this request.

///

///

///

///

///

///

STIP AND ORDER CONTINUING J&S
USA v. Leonardo Flores Beltran

Respectfully submitted,

Dated: July 14, 2025                /s/ Chris Cosca
                                    CHRIS COSCA
                                    Attorney for Defendant
                                    LEONARDO FLORES BELTRAN


Dated: July 14, 2025                 /s/ David Spencer
                                    DAVID SPENCER
                                    Assistant US Attorney
                                    Attorney for Plaintiff


## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for August 25, 2025, is continued to October 27, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **July 14, 2025**                    _/s/ Dale A. Drozd_
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE