LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
LEONARDO FLORES BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-CR-00007-DAD-2 |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | ) ) | |
| LEONARDO FLORES BELTRAN, | ) ) | |
| Defendant. | ) ) ) ) ) | |

## STIPULATION

By previous order, this matter was set for Judgment and Sentencing on October 27, 2025. Due to additional investigation remaining to be done that may impact sentencing, the parties now stipulate to continue Judgment and Sentencing to February 23, 2026.

Respectfully submitted,

Dated:  October 23, 2025            /s/ Chris Cosca
                                   CHRIS COSCA
                                   Attorney for Defendant

STIP AND ORDER TO CONTINUE J&S
USA v. LEONARDO FLORES BELTRAN

Dated: October 23, 2025                    /s/ David Spencer
                                          DAVID SPENCER
                                          Assistant US Attorney
                                          Attorney for Plaintiff


**ORDER**

      Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled in this case for October 27, 2025, is continued to February 23, 2026, at 9:30 a.m.

      IT IS SO ORDERED.

Dated:   **October 23, 2025**               _Dale A. Drozd_
                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE

STIP AND ORDER TO CONTINUE J&S
USA v. LEONARDO FLORES BELTRAN