ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-00007-DAD-2 |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER |
| v. | DATE: February 23, 2026 |
| LEONARDO FLORES BELTRAN, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Leonardo Flores Beltran, by and through his attorney of record, hereby move to continue the judgment and sentencing hearing currently scheduled for February 23, 2026, at 9:30 a.m., to May 18, 2026, at 9:30 a.m., based on the following:

1.     By previous order, the judgment and sentencing hearing was set for February 23, 2026.

2.     The Court advised the parties that it is no longer available on February 23, 2026. Additional time is also needed for factual investigation regarding mitigating evidence that the defense desires to present at sentencing.

3.     Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to May 18, 2026, at 9:30 a.m.

STIPULATION TO CONTINUE J&S                    1

IT IS SO STIPULATED.

Dated:  February 13, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  February 13, 2026

/s/ Christopher R. Cosca
Christopher R. Cosca
Counsel for Defendant
LEONARDO FLORES BELTRAN

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the date for Judgment and Sentencing is hereby continued from February 23, 2026, to May 18, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  __**February 13, 2026**__

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE