LAW OFFICES OF CHRIS COSCA
CHRIS COSCA      CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
LEONARDO FLORES BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:21-CR-00007-DAD-2 |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE JUDGMENT AND** |
| vs. ) | **SENTENCING** |
| ) | |
| LEONARDO FLORES BELTRAN, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

### STIPULATION

By previous order, this matter was set for Judgment and Sentencing on May 18, 2026. Due to additional time needed for factual investigation regarding mitigating evidence that the defense desires to present at sentencing, the parties now stipulate to continue Judgment and Sentencing to August 31, 2026, at 9:30 a.m.

///

///

///

///

Respectfully submitted,

Dated:  April 28, 2026                    /s/ Chris Cosca
                                          CHRIS COSCA
                                          Attorney for Defendant


Dated: April 28, 2026                      /s/ David Spencer
                                          DAVID SPENCER
                                          Assistant US Attorney
                                          Attorney for Plaintiff


## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case is continued from May 18, 2026, to August 31, 2026, at 9:30 a.m.


IT IS SO ORDERED.

Dated:   **April 28, 2026**              _____
                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE