COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
LEONARDO FLORES BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LEONARDO FLORES BELTRAN,<br>Defendant. | 2:21-CR-00007-DAD-2<br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

**STIPULATION**

By previous order, this matter was set for Judgment and Sentencing on August 31, 2026. Due to additional time needed for investigation into mitigating evidence that may impact sentencing, and thus assist the Court as it determines the sentence for Mr. Flores Beltran, the parties now stipulate to continue Judgment and Sentencing to November 23, 2026, at 9:30 a.m.

///

///

///

///

Respectfully submitted,

Dated: August 11, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant

Dated: August 11, 2026

/s/ David Spencer
DAVID SPENCER
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case, previously scheduled for August 31, 2026, is continued to November 23, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **August 11, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE