COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
LEONARDO FLORES BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARDO FLORES BELTRAN,<br><br>Defendant. | 2:21-CR-00007-DAD-2<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

## STIPULATION

By previous order, this matter was set for Judgment and Sentencing on November 23, 2026. Due to additional time needed for investigation into mitigating evidence that may impact sentencing, and thus assist the Court as it determines the sentence for Mr. Flores Beltran, the parties now stipulate to continue Judgment and Sentencing to March 15, 2027, at 9:30 a.m.

///

///

///

///

Respectfully submitted,

Dated: October 28, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant

Dated: October 28, 2026

/s/ David Spencer
DAVID SPENCER
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the Stipulation of the parties and good cause appearing, the sentencing hearing in this case previously scheduled for November 23, 2026, is continued to March 15, 2027, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 29, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE